# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT, INC.,<br><br>          Defendant. | Case No. 12-cv-06263 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Breyer to determine whether it is related to *Tsang v. Office Depot, Inc.*, Case No. 12-cv-00427 CRB.

IT IS SO ORDERED.

Date: December 14, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge