KLETTER LAW FIRM LLP
Cary Kletter
ckletter@kletterlaw.com
Sally Trung Nguyen
snguyen@kletterlaw.com
1900 S. Norfolk Street, Suite 350
San Mateo, CA  94403
Tel:     415.434.3400

Attorneys for Plaintiff
CHRIS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MARTINEZ,<br><br>                    Plaintiff,<br><br>           vs.<br><br>OFFICE DEPOT, INC., and DOES 1 THROUGH 20, inclusive,<br><br>                    Defendants. | Case No. C 12-cv-06263 CRB<br><br>**ORDER GRANTING PLAINTIFF CHRIS MARTINEZ'S *EX PARTE* APPLICATION TO CONTINUE HEARING AND BRIEFING SCHEDULE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This Court, having considered Plaintiff CHRIS MARTINEZ's *Ex Parte* Application to Continue Hearing and Briefing Schedule for Defendant OFFICE DEPOT, INC.'s Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment, hereby orders as follows:

Plaintiff's *ex parte* application is GRANTED.

IT IS HEREBY ORDERED THAT the hearing on Defendant OFFICE DEPOT, INC.'s Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment is continued to July 11, 2014.  Further, opposition papers are to be filed by June 2, 2014 and reply briefs are to be filed by June 27, 2014.

Dated:   March 13, 2014

_____
HON.
UNITED S

IT IS SO ORDERED AS MODIFIED

Judge Charles R. Breyer