UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS MARTINEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., and DOES 1 THROUGH 20, inclusive,<br><br>               Defendants. | Case No. C 12-cv-06263 CRB<br><br>**ORDER REGARDING CONTINUANCE OF BRIEFING SCHEDULE AND HEARING DATE** |

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. Plaintiff's will file his opposition to Defendant's Motion for Summary Judgment by June 16, 2014;

2. Defendant will file its reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment by July 11, 2014; and

3. Hearing on Motion for Summary Judgment will continue to August 1, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 23, 2014

_____
The Honorable
United States District Judge
Judge Charles R. Breyer

[PROPOSED] ORDER