UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MARTINEZ,<br><br>                  Plaintiff,<br><br>         vs.<br><br>OFFICE DEPOT, INC. and DOES 1 THROUGH 20, inclusive,<br><br>                  Defendants. | Case No. 12-CV-06263 CRB<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL AND DISMISSING CASE WITH RESPECT TO PLAINTIFF CHRIS MARTINEZ'S CLAIMS** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Irvine

DB2/ 25902786.1

1

[PROPOSED] ORDER
CASE NO. 12-CV-06263 CRB

1  Based upon the Stipulation of Dismissal entered into by Plaintiff Chris Martinez
2  ("Martinez") and Defendant Office Depot, Inc. ("Defendant"), IT IS HEREBY ORDERED AS
3  FOLLOWS:
4  1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned
5  action is hereby DISMISSED with prejudice with respect to Martinez's claims; and
6  2.  Pursuant to the terms of the Settlement Agreement entered into between the
7  parties, each party is to bear its own costs and attorney's fees.
8  **IT IS SO ORDERED.**

Dated:  June 5, 2015

_____
HON. CHARLES R. BREYER
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 25902786.1

2

[PROPOSED] ORDER
CASE NO. 12-CV-06263 CRB